# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:11CR151 |
| vs. | ORDER |
| JOLYN GALE, | |
| Defendant. | |

Defendant Jolyn Gale appeared before the court on July 25, 2018 on a Fifth Amended Petition for Offender Under Supervision [70]. The defendant was represented by Assistant Federal Public Defender Kelly M. Steenbock, and the United States was represented by Assistant U.S. Attorney Martin J. Conboy, IV. The government moved for detention. A detention hearing was held. The government's motion for detention is denied. Therefore, the defendant will be released on current conditions of supervision.

Due to the defendant not being detained she was not entitled to a preliminary examination. I find that the Petition alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Senior Judge Bataillon.

**IT IS ORDERED:**

1. A final dispositional hearing will be held before Senior Judge Bataillon in Courtroom No. 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on August 14, 2018, at 1:30 p.m. The defendant must be present in person.

2. The defendant is released on current conditions of supervision.

Dated this 26th day of July, 2018.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge