IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | **8:11CR151** |
| vs. | |
| JOLYN GALE, | **ORDER** |
| Defendant. | |

Defendant Jolyn Gale appeared before the court on February 1, 2019, on a 6th Amended Petition for Offender Under Supervision [78]. Defendant was represented by Assistant Federal Public Defender Jeffrey L. Thomas, and the United States was represented by Assistant U.S. Attorney Gregory D. Artis, Jr. Defendant waived her right to a probable cause hearing on the 6th Amended Petition pursuant to Fed. R. Crim. P. 32.1(b)(1)(A). The government moved for detention, and a detention hearing was held on February 5, 2019. Jeffrey L. Thomas represented Defendant, and Martin J. Conboy, IV represented the United States. Defendant has failed to meet her burden to establish by clear and convincing evidence that she will not flee or pose a danger to any other person or to the community. Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1).

I find that the 6th Amended Petition [78] alleges probable cause and that Defendant should be held to answer for a final dispositional hearing before Senior Judge Bataillon.

**IT IS ORDERED:**

1. A final dispositional hearing will be held before Senior Judge Joseph F. Bataillon in Courtroom No. 3, Third Floor, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on March 19, 2019, at 8:30 a.m. Defendant must be present in person.

2. Defendant Jolyn Gale, is committed to the custody of the Attorney General or his designated representative for confinement in a correctional facility;

3. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel; and

4. Upon order of a United States court or upon request of an attorney for the government, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Dated this 5th day of February, 2019.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge